**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 20-7555**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES EARL WALTON,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Terrence W. Boyle, District Judge. (2:07-cr-00017-BO-1)

───────────────

Submitted: March 18, 2021                    Decided: March 23, 2021

───────────────

Before WILKINSON and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

James Earl Walton, Appellant Pro Se. David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Earl Walton appeals from the district court's order denying his motion for a reduction in sentence pursuant to Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222, and denying his motion to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Walton*, No. 2:07-cr-00017-BO-1 (E.D.N.C. Oct. 7, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*